IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEBRA E. COOKE and<br>BELLA HOMES, LLC,<br><br>          **Plaintiffs,**<br><br>v.<br><br>BAC HOME LOANS SERVICING,<br>LP, MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC.,<br>AND<br>McCURDY & CANDLER, LLC,<br>ATTORNEYS FOR BAC HOME<br>LOANS SERVICING, LP<br><br>          **Defendants.** | **Civil Action No.: _____** |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.3(A)(1), Defendant BAC Home Loans Servicing, LP ("BAC"), through its undersigned counsel, makes the following Corporate Disclosure Statement:

**(1)** The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    **Plaintiffs:**   Debra E. Cooke
                   Bella Homes, LLC

**Defendants:**

**BAC Home Loans Servicing, LP**
BAC Home Loans Servicing, LP is owned 0.1% by BAC GP, LLC and 99.9% by BANA LP, LLC.
Bank of America, N.A. owns 100% of BAC GP, LLC and BANA, LP, LLC.
BANA Holding Corporation owns 100% of Bank of America, N.A.
BAC North America Holding Company owns 100% of BANA Holding Corporation.
NB Holdings Corporation owns 100% of BAC North America Holding Company.
Bank of America Corporation owns 100% of NB Holdings Corporation.
Bank of America Corporation is a publicly-traded company, and no publicly traded corporation owns more than 10% of Bank of America Corporation.

**Mortgage Electronic Registration Systems, Inc.**
MERSCORP, Inc.
Federal National Mortgage Association
Federal Home Loan Mortgage Corporation
Mortgage Bankers Association of America

**McCurdy & Candler, LLC**

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None other than listed in (1)

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**For Plaintiff**:

2

\31824661.1

Stephen Maurillo
1400 Market Place Blvd.
Suite 133
Cumming, GA 30041


**For Defendants BACHLS and MERS**:

Andrew G. Phillips
Georgia Bar No. 575627
McGuireWoods LLP
1230 Peachtree Street, N.E.
Suite 2100
Atlanta, Georgia 30309
(404) 443-5724 (telephone)
(404) 443-5773 (facsimile)
aphillips@mcguirewoods.com

**For Defendant McCurdy & Candler, LLC**:

John D. Andrle, Esq.
Attorney
McCurdy & Candler, LLC
Six Piedmont Center, Suite 700
3525 Piedmont Rd., NE
Atlanta, GA 30305
(404) 214-9254 Direct Line
(678) 891-4846 Direct Fax

Defendants reserve the right to supplement this as needed.

This is the 30th day of June, 2011.

/s/ Suzanne R. Haley
Suzanne R. Haley
Georgia Bar No. 100164
McGuireWoods LLP
201 N. Tyon St.

3

Suite 3000
Charlotte, North Carolina 28202
704.373.8053 (telephone)
704.373.8860 (facsimile)
shaley@mcguirewoods.com


/s/ Andrew G. Phillips
Andrew G. Phillips
Georgia Bar No. 575627
McGuireWoods LLP
1230 Peachtree Street, N.E.
Suite 2100
Atlanta, Georgia 30309
(404) 443-5724 (telephone)
(404) 443-5773 (facsimile)
aphillips@mcguirewoods.com

*Attorneys for BAC Home Loans Servicing, LP and Mortgage Electronic Registration Systems, Inc.*

\31824661.1