IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEBRA E. COOKE and <br> BELLA HOMES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BAC HOME LOANS SERVICING, LLP, <br> MORTGAGE ELECTRONIC REGISTRATION <br> SYSTEMS, INC., and McCURDY & CANDLER <br> LLC, ATTORNEYS FOR BAC HOME LOANS <br> SERVICING, LP, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> )    CIVIL ACTION FILE <br> )    NO. 1:11-cv-2126-TWT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUPPLEMENTAL CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1 and LR 3.3(A)(1), Defendants Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP[1] ("BAC"), and Mortgage Electronic Registration Systems, Inc., through its undersigned counsel, make the following supplemental Corporate Disclosure Statement:

**(1)** The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any

---

[1] On July 1, 2011 BAC Home Loans Servicing, LP merged with and into Bank of America, N.A.

parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**Plaintiffs:** Debra E. Cooke
Bella Homes, LLC

**Defendants:**

**BAC Home Loans Servicing, LP**
As of July 1, 2011, BAC Home Loans Servicing, LP no longer exists as a legal entity as it merged with and into Bank of America, N.A. ("BANA")
BANA Holding Corporation owns 100% of Bank of America, N.A.
BAC North America Holding Company owns 100% of BANA Holding Corporation.
NB Holdings Corporation owns 100% of BAC North America Holding Company.
Bank of America Corporation owns 100% of NB Holdings Corporation.
Bank of America Corporation is a publicly-traded company, and no publicly traded corporation owns more than 10% of Bank of America Corporation.

**Mortgage Electronic Registration Systems, Inc.**
MERSCORP, Inc.
Federal National Mortgage Association
Federal Home Loan Mortgage Corporation
Mortgage Bankers Association of America

**McCurdy & Candler, LLC**

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None other than listed in (1)

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**For Plaintiff**:

Stephen Maurillo
1400 Market Place Blvd.
Suite 133
Cumming, Georgia 30041

**For Defendants BANA and MERS**:

Suzanne R. Haley
McGuireWoods LLP
201 N. Tyon St.
Suite 3000
Charlotte, North Carolina 28202
704.373.8053 (telephone)
704.373.8860 (facsimile)
shaley@mcguirewoods.com

Andrew G. Phillips
McGuireWoods LLP
1230 Peachtree Street, N.E.
Promenade II, Suite 2100
Atlanta, Georgia 30309-3534
(404) 443-5724 (Telephone)
(404) 443-5773 (Facsimile)
aphillips@mcguirewoods.com

**For Defendant McCurdy & Candler, LLC**:

John D. Andrle, Esq.
McCurdy & Candler, LLC
Six Piedmont Center, Suite 700

3525 Piedmont Rd., NE
Atlanta, Georgia 30305
(404) 214-9254 (Telephone)
(678) 891-4846 (Facsimile)
jandrle@mccurdycandler.com

Defendants reserve the right to supplement this as needed.

This 15th day of July, 2011.

           /s/ Andrew G. Phillips
Andrew G. Phillips
Georgia Bar No. 575627
McGuireWoods LLP
1230 Peachtree Street, N.E.
Suite 2100
Atlanta, Georgia 30309
(404) 443-5724 (telephone)
(404) 443-5773 (facsimile)
aphillips@mcguirewoods.com

*Attorneys for Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, and Mortgage Electronic Registration Systems, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEBRA E. COOKE and<br>BELLA HOMES, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>BAC HOME LOANS SERVICING, LLP,<br>MORTGAGE ELECTRONIC REGISTRATION<br>SYSTEMS, INC., and McCURDY & CANDLER<br>LLC, ATTORNEYS FOR BAC HOME LOANS<br>SERVICING, LP,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:11-cv-2126-TWT |

## **CERTIFICATE OF SERVICE, FONT AND MARGIN**

I hereby certify that on July 15, 2011, I filed the foregoing pleading with the Clerk of the Court using the CM/ECF System, which sent notification of such filing to all counsel of record.

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

                                                  /s/ Andrew G. Phillips
                                                Andrew G. Phillips